UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL ORELLANA, )<br>)<br>Petitioner, )<br>)<br>VS. )<br>)<br>DOUGLAS DRETKE, Director, Texas )<br>Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br><br>3:04-CV-2114-G<br><br>**ECF** |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

June 29, 2006.

_____
A. JOE FISH
CHIEF JUDGE